# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER F. KELLY**, on behalf of himself and on behalf of all other similarly situated individuals,<br>    *Plaintiff*,<br><br>    v.<br><br>**UNIVERSITY OF PENNSYLVANIA,**<br>    *Defendant*. | **CLASS ACTION**<br><br>**Civ. No. 25-6234** |
| **MARY SIKORA**, on behalf of herself and on behalf of all other similarly situated individuals,<br>    *Plaintiff*,<br><br>    v.<br><br>**UNIVERSITY OF PENNSYLVANIA,**<br>    *Defendant*. | **CLASS ACTION**<br><br>**Civ. No. 25-6262** |
| **CHRISTIAN BERSANI**, on behalf of himself and on behalf of all other similarly situated individuals,<br>    *Plaintiff*,<br><br>    v.<br><br>**UNIVERSITY OF PENNSYLVANIA,**<br>    *Defendant*. | **CLASS ACTION**<br><br>**Civ. No. 25-6265** |
| **KELLI MACKEY**, individually and on behalf of all others similarly situated,<br>    *Plaintiff*,<br><br>    v.<br><br>**UNIVERSITY OF PENNSYLVANIA,**<br>    *Defendant*. | **CLASS ACTION**<br><br>**Civ. No. 25-6266** |

| | |
|---|---|
| **WENDY BRAUND**, individually and on behalf of all others similarly situated,<br>     *Plaintiff*,<br><br>     v.<br><br>**THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,**<br>     *Defendant*. | **CLASS ACTION**<br><br>**Civ. No. 25-6291** |
| **JOHNATHAN KIM**, individually and on behalf of all others similarly situated,<br>     *Plaintiff*,<br><br>     v.<br><br>**UNIVERSITY OF PENNSYLVANIA,**<br>     *Defendant*. | **CLASS ACTION**<br><br>**Civ. No. 25-6320** |
| **REBECCA LUNDY**, individually and on behalf of all others similarly situated,<br>     *Plaintiff*,<br><br>     v.<br><br>**UNIVERSITY OF PENNSYLVANIA,**<br>     *Defendant*. | **CLASS ACTION**<br><br>**Civ. No. 25-6330** |
| **ROBIN WASHINGTON SMART**, individually and on behalf of all others similarly situated,<br>     *Plaintiff*,<br><br>     v.<br><br>**UNIVERSITY OF PENNSYLVANIA,**<br>     *Defendant*. | **CLASS ACTION**<br><br>**Civ. No. 25-6333** |

2

| | |
|---|---|
| **NEIL GADE**, individually and on behalf of all others similarly situated,<br>    *Plaintiff*,<br><br>    v.<br><br>**TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,**<br>    *Defendant*. | **CLASS ACTION**<br><br>**Civ. No. 25-6343** |
| **JASON ROSENBAUM**, on behalf of himself and on behalf of all other similarly situated individuals,<br>    *Plaintiff*,<br><br>    v.<br><br>**UNIVERSITY OF PENNSYLVANIA,**<br>    *Defendant*. | **CLASS ACTION**<br><br>**Civ. No. 25-6357** |
| **MATTHEW LACHS**, individually and on behalf of all others similarly situated,<br>    *Plaintiff*,<br><br>    v.<br><br>**UNIVERSITY OF PENNSYLVANIA,**<br>    *Defendant*. | **CLASS ACTION**<br><br>**Civ. No. 25-6388** |
| **RYAN O'HARA**, individually and on behalf of all others similarly situated,<br>    *Plaintiff*,<br><br>    v.<br><br>**UNIVERSITY OF PENNSYLVANIA,**<br>    *Defendant*. | **CLASS ACTION**<br><br>**Civ. No. 25-6408** |

| | |
|---|---|
| **JASON HUGHES RANSOM**, on behalf of himself and all others similarly situated,<br>    *Plaintiff*,<br><br>v.<br><br>**THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA d/b/a THE UNIVERSITY OF PENNSYLVANIA,**<br>    *Defendant*. | **CLASS ACTION**<br><br>**Civ. No. 25-6438** |
| **SHARON KELD**, individually and on behalf of all others similarly situated,<br>    *Plaintiff*,<br><br>v.<br><br>**UNIVERSITY OF PENNSYLVANIA,**<br>    *Defendant*. | **CLASS ACTION**<br><br>**Civ. No. 25-6799** |
| **MONIQUE LUKENS**, individually and on behalf of all others similarly situated,<br>    *Plaintiff*,<br><br>v.<br><br>**UNIVERSITY OF PENNSYLVANIA,**<br>    *Defendant*. | **CLASS ACTION**<br><br>**Civ. No. 25-6826** |
| **ADAM KORENGOLD**, individually and on behalf of all others similarly situated,<br>    *Plaintiff*,<br><br>v.<br><br>**THE UNIVERSITY OF PENNSYLVANIA,**<br>    *Defendant*. | **CLASS ACTION**<br><br>**Civ. No. 25-6864** |

| | |
|---|---|
| **THOMAS BUCKS**, individually and on behalf of all others similarly situated,<br>     *Plaintiff*,<br><br>     v.<br><br>**UNIVERSITY OF PENNSYLVANIA**,<br>     *Defendant*. | **CLASS ACTION**<br><br>**Civ. No. 25-6902** |
| **RONALD BLUE, JR. and RONELL CONNER**, individually and on behalf of all others similarly situated,<br>     *Plaintiff*,<br><br>     v.<br><br>**UNIVERSITY OF PENNSYLVANIA**,<br>     *Defendant*. | **CLASS ACTION**<br><br>**Civ. No. 25-7108** |

# ORDER

**AND NOW**, this 18th day of December 2025, upon consideration of Plaintiff's Motion to Consolidate Cases and Set Deadlines (ECF No. 13 in 25-6234) and having received no response or opposition from any party, it is hereby **ORDERED** as follows:

1. The Motion to Consolidate (ECF No. 13 in Civ. No. 25-6234) is **GRANTED** for the reasons set forth in the accompanying memorandum opinion.

2. The above captioned matters (collectively, the "Consolidated Action") shall be consolidated under the docket number of the first-filed case: No. 2:25-cv-6234-MKC ("*Kelly*").

3. The Clerk of Court is directed to Administratively terminate the *Sikora* (Civ. No. 25-6262), *Bersani* (Civ. No. 25-6265), *Mackey* (Civ. No. 25-6266), *Braund* (Civ. No. 25-6291), *Kim* (Civ. No. 25-6320), *Lundy* (Civ. No. 25-6330), *Smart* (Civ. No. 25-6333),

5

  *Gade* (Civ. No. 25-6343), *Rosenbaum* (Civ. No. 25-6357), *Lachs* (Civ. No. 25-6388), *O'Hara* (Civ. No. 25-6408), *Hughes Ransom* (Civ. No. 25-6438), *Keld* (Civ. No. 25-6799), *Lukens* (Civ. No. 25-6826), *Korengold* (Civ. No. 6864), *Bucks* (Civ. No. 25-6902), and *Blue* (Civ. No. 25-7108) matters.

4. The case file for the Consolidated Action will be maintained under Master Docket No. 2:25-cv-6234-MKC.

5. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action shall be consolidated with the Consolidated Action for pre-trial purposes and shall be administratively terminated by the Clerk of Court.

6. Any Plaintiffs' counsel or slate of Plaintiffs' counsel seeking to serve as interim class counsel in the Consolidated Action must file a motion to be appointed as such by January 19, 2026. Applications shall be a maximum of 10 pages (excluding exhibits). Any response from Defendant is due by February 9, 2026.

7. Plaintiffs in the Consolidated Action shall file an operative, consolidated class action complaint within 30 days of the Court's order designating interim lead class counsel for Plaintiffs.

8. Defendant is relieved from responding to any of the complaints initially filed in the Consolidated Actions.

9. Defendant shall answer, move or otherwise respond to the consolidated class action complaint within 60 days of filing.

**BY THE COURT:**

_____
MARY KAY COSTELLO
United States District Judge